# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| DEVIN SIMMONS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:20-cv-275-JDK-KNM |
| § | |
| BRYAN COLLIER, et al., § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Devin Simmons, a Texas Department of Criminal Justice inmate proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition.

On March 10, 2022, Judge Mitchell issued a Report recommending that the Court dismiss the case without prejudice for failure to state a claim upon which relief may be granted. Docket No. 21. The docket indicates that Plaintiff received the Report on March 16, 2022. Docket No. 22. To date, no objections have been received.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc),

1

*superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 21) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted. Further, the statute of limitations is **SUSPENDED** for a period of sixty (60) days following the date of entry of final judgment.

So **ORDERED** and **SIGNED** this **26th** day of **April, 2022.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE